# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION NO. VI | : : : | MDL 875 |
| This document relates to: | : : | EDPA No.:  2:12 CV 60179 |
| Lois Gorrell, as Executrix of the Estate of Alvin Winslow and Audrey Winslow Individually, | : : : : | NDOH No.:  5:12-cv-10002 |
| Plaintiff, | : : | |
| v. | : : | |
| Goodyear Tire & Ruber Company, et al, | : | |
| Defendants. | | |

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of Defendant, Rolls-Royce Corporation in the above-captioned matter.

Dated:  August 13, 2012            **FREEHILL HOGAN & MAHAR LLP**

BY:   /s/ Thomas M. Canevari
_____
Thomas M. Canevari, Esq.
Attorneys for Defendant
Rolls-Royce Corporation
80 Pine Street
New York, NY 10005
(212) 425-1900

389250.1

## **CERTIFICATE OF SERVICE**

On August 13, 2012, I served a true and accurate copy of a **NOTICE OF APPEARANCE** upon all counsel/parties by electronic filing.

This document has been filed electronically and is available for reviewing and downloading from the ECF system.

By: /s/ Thomas M. Canevari
_____
Thomas M. Canevari

389250.1